UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MONSANTO, CO., et al, <br><br> *Defendants.* | Civil Action No. 2:23-00164-wks |

### CONDITIONAL MOTION FOR PERMISSION FOR ATTORNEY BLAIR TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S EMERGENCY MOTION TO PRESERVE EVIDENCE

NOW COME the Plaintiffs, by and through their attorneys, Lynn, Lynn, Blackman & Manitsky, P.C., and respectfully request that, in the event Attorney W. Wylie Blair's forthcoming application for *pro hac vice* admission is granted, he be permitted to appear by remote video at the hearing on Defendant's Emergency Motion to Preserve Evidence scheduled for Monday, July 10, 2023, at 1:30 p.m.  In support of this request, Plaintiffs state as follows:

1. Attorney Blair of OnderLaw, LLC, represents the Plaintiffs in this matter.  His Application for *pro hac vice* admission in the United States District Court for the District of Vermont will be filed separately.

2. Attorney Blair is based in Saint Louis, Missouri.

3. Attorney Blair is unable to make arrangements to travel to Burlington, Vermont, in time for the July 10 hearing, is able to appear by remote video.

4. The undersigned will appear in person at the hearing.

Wherefore, Plaintiffs respectfully request that, should Attorney Blair's application for *pro hac vice* admission be granted, the Court grant him permission to appear remotely at the hearing on Defendant's Emergency Motion to Preserve Evidence.

Dated at Burlington, Vermont this 7th day of July, 2023.

        ADDISON CENTRAL SCHOOL
        DISTRICT, et al,


        */s/ Pietro J. Lynn*
        Pietro J. Lynn, Esq.
        Lynn, Lynn, Blackman & Manitsky, P.C.
        *Attorneys for Plaintiffs*
        76 St. Paul Street, Suite 400
        Burlington, VT 05401
        802-860-1500
        plynn@lynnlawvt.com