UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MONSANTO, CO., et al, <br><br> *Defendants.* | Civil Action No. 2:23-00164-wks |

### STIPULATED CONDITIONAL MOTION FOR PERMISSION FOR ATTORNEY BLAIR TO APPEAR REMOTELY AT HEARING ON DEFENDANT'S EMERGENCY MOTION TO PRESERVE EVIDENCE

NOW COME the Plaintiffs, by and through their attorneys, Lynn, Lynn, Blackman & Manitsky, P.C., and respectfully request that, in the event Attorney W. Wylie Blair's forthcoming application for *pro hac vice* admission is granted, he be permitted to appear by remote video at the hearing on Defendant's Emergency Motion to Preserve Evidence scheduled for Monday, July 10, 2023, at 1:30 p.m. In support of this request, Plaintiffs state as follows:

1. Attorney Blair of OnderLaw, LLC, represents the Plaintiffs in this matter. His Application for *pro hac vice* admission in the United States District Court for the District of Vermont will be filed separately.

2. Attorney Blair is based in Saint Louis, Missouri.

3. Attorney Blair is unable to make arrangements to travel to Burlington, Vermont, in time for the July 10 hearing, is able to appear by remote video.

4. The undersigned will appear in person at the hearing.

5. Defendants have stipulated to Attorney Blair's remote appearance in the event that his request Application for *pro hac vice* is granted.

Wherefore, Plaintiffs respectfully request that, should Attorney Blair's application for *pro hac vice* admission be granted, the Court grant him permission to appear remotely at the hearing on Defendant's Emergency Motion to Preserve Evidence.

Dated at Burlington, Vermont this 10th day of July, 2023.

ADDISON CENTRAL SCHOOL DISTRICT, et al,

 /s/ Pietro J. Lynn
Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Attorneys for Plaintiffs*
76 St. Paul Street, Suite 400
Burlington, VT 05401
802-860-1500
plynn@lynnlawvt.com

MONSANTO CO., SOLUTIA, INC. and PHARMACIA LLC

 /s/ Ian P. Carleton
SHEEHEY FURLONG & BEHM. P.C.
Ian P. Carleton
Alexandra L. Nelson
Devin T. McKnight
Hannah C. Waite
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
icarleton@sheeheyvt.com
anelson@sheeheyvt.com
dmknight@sheeheyvt.com
hwaite@sheeheyvt.com