**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>       Defendants. | No. 2:23-CV-164-cr |

## MONSANTO CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant Monsanto Co. ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation and no publicly-held corporation owns 10% or more of its stock.

Dated at Burlington, Vermont this 27th day of July, 2023.

                                   **MONSANTO CO.**

                         By:    /s/ *Alexandrea L. Nelson*
                                   **SHEEHY FURLONG & BEHM, P.C.**
                                   Ian P. Carleton
                                   Devin T. McKnight
                                   Alexandrea L. Nelson
                                   Hannah C. Waite
                                   30 Main Street, 6th Floor, PO Box 66
                                   Burlington, VT 05402-0066
                                   (802) 864-9891
                                   icarleton@sheeheyvt.com
                                   dmknight@sheeheyvt.com
                                   anelson@sheeheyvt.com
                                   hwaite@sheeheyvt.com

**SHOOK, HARDY & BACON L.L.P.**
Thomas M. Goutman (*pro hac vice* pending)
Richard L. Campbell (*pro hac vice* pending)
Stephen I. Hansen (*pro hac vice* pending)
One Federal Street, Suite 2540
Boston, MA 02110
(617) 531-1411
tgoutman@shb.com
rcampbell@shb.com
sihansen@shb.com