**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>                Defendants. | No. 2:23-CV-164-cr |

**SOLUTIA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant Solutia, Inc. ("Solutia") makes the following disclosures:

1. Solutia is a corporation organized under the laws of Delaware.

2. Solutia's parent companies are: Eastman Chemical Company, with 73% ownership, Eastman International Holdings, LLC, with 19.5% ownership, and Eastman Chemical Ltd, with 7.5% ownership. Eastman Chemical Company is a publicly traded corporation organized under the laws of Delaware and no publicly-held corporation owns 10% or more of its stock.

Dated at Burlington, Vermont this 27th day of July, 2023.

        **SOLUTIA, INC.**

By:   <u>/s/ *Alexandrea L. Nelson*</u>
       **SHEEHY FURLONG & BEHM, P.C.**
       Ian P. Carleton
       Devin T. McKnight
       Alexandrea L. Nelson
       Hannah C. Waite
       30 Main Street, 6th Floor, PO Box 66
       Burlington, VT 05402-0066
       (802) 864-9891
       icarleton@sheeheyvt.com
       dmknight@sheeheyvt.com
       anelson@sheeheyvt.com
       hwaite@sheeheyvt.com

       **SHOOK, HARDY & BACON L.L.P.**
       Thomas M. Goutman (*pro hac vice* pending)
       Richard L. Campbell (*pro hac vice* pending)
       Stephen I. Hansen (*pro hac vice* pending)
       One Federal Street, Suite 2540
       Boston, MA 02110
       (617) 531-1411
       tgoutman@shb.com
       rcampbell@shb.com
       sihansen@shb.com