# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>       Defendants. | No. 2:23-CV-164-cr |

## PHARMACIA LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendant Pharmacia LLC makes the following disclosures:

1. Pharmacia LLC is a Delaware limited liability company. Pharmacia LLC is an indirect, wholly owned subsidiary of Pfizer Inc.

2. Pfizer Inc. is a publicly held corporation and no publicly-held corporation owns 10% or more of its stock.

Dated at Burlington, Vermont this 27th day of July, 2023.

                      **PHARMACIA LLC**

               By:   /s/ *Alexandrea L. Nelson*
                     **SHEEHY FURLONG & BEHM, P.C.**
                     Ian P. Carleton
                     Devin T. McKnight
                     Alexandrea L. Nelson
                     Hannah C. Waite
                     30 Main Street, 6th Floor, PO Box 66
                     Burlington, VT 05402-0066
                     (802) 864-9891
                     icarleton@sheeheyvt.com
                     dmknight@sheeheyvt.com
                     anelson@sheeheyvt.com
                     hwaite@sheeheyvt.com

**SHOOK, HARDY & BACON L.L.P.**
Thomas M. Goutman (*pro hac vice* pending)
Richard L. Campbell (*pro hac vice* pending)
Stephen I. Hansen (*pro hac vice* pending)
One Federal Street, Suite 2540
Boston, MA 02110
(617) 531-1411
tgoutman@shb.com
rcampbell@shb.com
sihansen@shb.com