UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>Defendants. | No. 2:23-CV-164-wks |

### MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS M. GOUTMAN, ESQ.

Pursuant to Local Rule 83.1(b)(2)(A), Ian P. Carleton, Esq. hereby moves this Court for the admission *pro hac vice* of Thomas M. Goutman, Esq. as co-counsel, representing Defendants Monsanto Company, Solutia, Inc., Pharmacia, LLC ("Defendants") in the above-captioned matter. In support of this Motion, the undersigned relies upon the attached Affidavit of Thomas M. Goutman, Esq. and further states:

1. Pursuant to Local Rule 83.1(b)(4), Thomas M. Goutman, Esq. will be associated with the undersigned counsel, Ian P. Carleton, Esq., of Sheehey Furlong & Behm P.C., who is a member in good standing of the bar of this Court and who maintains an office in Burlington, Vermont.

2. Mr. Goutman is a member in good standing of the Bar of the Commonwealth of Pennsylvania. Mr. Goutman is also admitted to practice before the United States Courts of Appeals for the First and Third Circuits, and the United States District Court, Eastern District of Pennsylvania, and the Supreme Court of the United States. A Supporting Affidavit and Certificate of Good Standing from the Supreme Court of Pennsylvania for Mr. Goutman are attached hereto as Exhibit A.

3.  Undersigned counsel will remain actively associated with Mr. Goutman in this matter as required under Local Rule 83.1(b)(4).

WHEREFORE, the undersigned, respectfully requests the Court enter an order pursuant to Local Rule 83.1(b) admitting Thomas M. Goutman *pro hac vice* as co-counsel for Defendants in the above-captioned matter.

Dated at Burlington, Vermont this 26 day of July, 2023.

**DEFENDANTS**

By: _Devin McKnight_ for Ian Carleton
Ian P. Carleton, Esq.
Alexandrea L. Nelson, Esq.
Devin T. McKnight, Esq.
Hannah C. Waite, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
PO Box 66
Burlington, VT 05402-0066
icarleton@sheeheyvt.com
anelson@sheeheyvt.com
dmcknight@sheeheyvt.com
hwaite@sheeheyvt.com
