## I. PLAINTIFF DISTRICTS WITH ALL SCHOOLS TESTED AND NO SCHOOLS ABOVE VERMONT SCHOOL ACTION LEVELS

| Number: | School District: | Schools:[1] | Test Results Published By DEC: |
|---|---|---|---|
| 1 | Alburgh School District | Alburgh Community Education Center | https://bit.ly/45wAmst |
| 2 | Blue Mountain Union School District | Blue Mountain Us #21 | https://bit.ly/44hXPvJ |
| 3 | Fairfax School District | Bellows Free Academy Middle/High School (Fairfax) | https://bit.ly/3E9PkYY |
| 4 | Fletcher School District | Fletcher Elementary School | https://bit.ly/3KPy2o5 |
| 5 | Ludlow Mount Holly Unified Union School District | Ludlow Elementary School<br>Mt. Holly School | Ludlow Elementary School: https://bit.ly/3QQiJ22<br>Mt. Holly School: https://bit.ly/3OBApvG |
| 6 | Newport City School District | Newport City Elementary Schools | https://bit.ly/3YIMyUc |
| 7 | Vernon School District | Vernon Elementary School | https://bit.ly/44mIA4K |
| 8 | White River Unified School District | Bethel Elementary School<br>South Royalton Elementary School<br>White River Valley High School<br>White River Valley Middle School | Bethel Elementary and White River Valley Middle Schools: https://bit.ly/3YHjrk0<br>South Royalton Elementary and White River Valley High Schools: https://bit.ly/3R54arN |
| 9 | Windham Northeast Union Elementary School District | Westminster Schools | https://bit.ly/44f7Tpn |

---

[1] *See* Testing Schedule Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3siB9i2 (last visited Nov. 3, 2023).

| Number: | School District: | Schools:[1] | Test Results Published By DEC: |
|---|---|---|---|
| 10 | Winooski School District | J F Kennedy Elementary School<br>Winooski High School<br>Winooski Middle School | All Schools: https://bit.ly/3P4xihd |

## II. PLAINTIFF DISTRICTS WITH SOME SCHOOLS TESTED BELOW VERMONT SCHOOL ACTION LEVELS AND SOME UNTESTED SCHOOLS/SCHOOLS WITHOUT PUBLISHED TEST RESULTS

| Number: | School District: | Schools:[2] | Test Results Published By DEC:[3] |
|---|---|---|---|
| 1 | Addison Northwest School District | Vergennes Union Elementary School #44<br>Addison Central School<br>Ferrisburgh Central School<br>Vergennes Union High School #5 | Vergennes Union Elementary School #44: https://bit.ly/3E19zs5<br>Vergennes Union High School #5: https://bit.ly/3Qc87Zm |
| 2 | Enosburgh-Richford Unified Union School District | Richford Elementary School<br>Cold Hollow Career Center<br>Enosburg Falls Elementary School<br>Enosburg Falls Middle-High School<br>Richford Jr/Sr High School | Richford Elementary School: https://bit.ly/3OMlNd2 |
| 3 | Lake Region Union Elementary-Middle School District | Barton Graded School<br>Brownington Central School<br>Glover Community School<br>Irasburg Village School<br>Orleans Elementary School | Barton Graded School: https://bit.ly/3YIK0p0<br>Brownington Central School: https://bit.ly/47TpFll |
| 4 | Missisquoi School District | Highgate Elementary School<br>Missisquoi Valley Union High School #7<br>Swanton Schools | Highgate Elementary School: https://bit.ly/498t5RK |
| 5 | Montpelier Roxbury School District | Main Street Middle School<br>Union Elementary School<br>Montpelier High School<br>Roxbury Village School | Main Street Middle School: https://bit.ly/45DBk5Q<br>Union Elementary School: https://bit.ly/44dnm9y |

---

[2] *See* Testing Schedule Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3siB9i2 (last visited Nov. 3, 2023).

[3] *See* Test Results Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3QOiYe3 (last visited Nov. 3, 2023).

| Number: | School District: | Schools:[2] | Test Results Published By DEC:[3] |
|---|---|---|---|
| 6 | Orange Southwest Unified Union School District | Brookfield Elementary School<br>Randolph Union High School #2 | Brookfield Elementary School: https://bit.ly/3skzuIC |
| 7 | Oxbow Unified Union School District | Bradford Elementary School<br>Newbury Elementary School<br>Oxbow Union High School #30 | Bradford Elementary School: https://bit.ly/3OMw09l |
| 8 | South Burlington School District | Rick Marcotte Central School<br>Chamberlin School<br>Frederick H Tuttle Middle School<br>Orchard School<br>South Burlington High School | Rick Marcotte Central School: https://bit.ly/3YLnGLm |
| 9 | Springfield School District | Elm Hill School<br>Riverside Middle School<br>Springfield High School<br>Union Street School | Elm Hill School: https://bit.ly/3QH1Xm2<br>Riverside Middle School: https://bit.ly/3FODAfH<br>Union Street School: https://bit.ly/490meK5 |
| 10 | West River Modified Union Education District | Jamaica Village School<br>Leland And Gray Union High School #34<br>Newbrook Elementary School<br>Townshend Village School | Jamaica Village School: https://bit.ly/3QJmwyh |

### III. PLAINTIFF DISTRICTS WITH AT LEAST ONE SCHOOL ABOVE VERMONT SCHOOL ACTION LEVELS

| Number: | School District: | Schools:[4] | Test Results Published By DEC:[5] |
|---|---|---|---|
| 1 | Addison Central School District | Bridport Central School<br>Middlebury Union High School<br>Bingham Memorial School<br>Mary Hogan Elementary School<br>Patricia A. Hannaford Career Center<br>Shoreham Elementary School<br>Weybridge Elementary School | Bridport Central School: https://bit.ly/45CqAoc<br>Middlebury Union High School: https://bit.ly/45wMcCe<br>Patricia A. Hannaford Career Center: https://bit.ly/3QtX2nV |
| 2 | Bellows Falls Union High School District | Bellows Falls Union High School #27 | https://bit.ly/3MdIMgA |
| 3 | Brighton School District | Brighton Elementary School | Brighton Elementary School: https://bit.ly/3QIlsdX |
| 4 | Cabot School District | Cabot School | Cabot School: https://bit.ly/3P5VOP0 |
| 5 | Champlain Valley School District | Charlotte Central School<br>Champlain Valley Union High School #15<br>Hinesburg Community School<br>Shelburne Community School<br>Williston Schools | Charlotte Central School: https://bit.ly/3OLhBdj |
| 6 | Charleston School District | Charleston Elementary School | https://bit.ly/407pVt8 |

---

[4] *See* Testing Schedule Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3siB9i2 (last visited Nov. 3, 2023).

[5] *See* Test Results Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3QOiYe3 (last visited Nov. 3, 2023).

| Number: | School District: | Schools:[4] | Test Results Published By DEC:[5] |
|---|---|---|---|
| 7 | Danville School District | Danville School District | Danville School: https://bit.ly/3qyiApt |
| 8 | Green Mountain Unified School District | Green Mountain Union High School #35<br>Cavendish Town Elementary School<br>Chester Andover Unified School District #29 | Green Mountain Union High School #35: https://bit.ly/44iea3x<br>Cavendish Town Elementary School: https://bit.ly/3qJI2YU |
| 9 | Kingdom East Unified Union School District | Concord Graded/Middle School<br>Lunenburg/Gilman Schools<br>Millers Run School Unified School District #37<br>Burke Town School<br>Sutton Village School | Concord Graded/Middle School: https://bit.ly/3sks9bW<br>Lunenburg/Gilman Schools: https://bit.ly/44dBUWN<br>Millers Run School Us #37: https://bit.ly/45hIP2u |
| 10 | Maple Run Unified School District | Bellows Free Academy (St Albans)<br>Fairfield Center School<br>St Albans City School<br>St Albans Town Educational Center | Fairfield Center School: https://bit.ly/3QtpSVn<br>St. Albans City School[7] |
| 11 | Marlboro School District | Marlboro Elementary School[8] | *See footnote 7.* |
| 12 | Mill River Unified Union School District | Clarendon Elementary School<br>Mill River Union High School #40<br>Shrewsbury Mountain School<br>Tinmouth Elementary School<br>Wallingford Village School | Wallingford Village School: https://bit.ly/3MglW86<br>Clarendon Elementary School: https://bit.ly/3QcSalU |

---

[7]  St. Albans City School reported at least one room above Vermont SALs. However, the test results have not been published by the Vermont Department of Environmental Conservation.

[8]  It was publicly reported that Marlboro Elementary School tested above Vermont's SALs. However, since this reporting, test results related to Marlboro Elementary School have been removed from the Vermont Department of Environmental Conservation's website.  *See* Test Results Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3QOiYe3 (last visited Nov. 3, 2023).  For purposes of Pharmacia's Motion to Dismiss, Pharmacia assumes Marlboro Elementary School has a school that has tested above Vermont's SALs.

| Number: | School District: | Schools:[4] | Test Results Published By DEC:[5] |
|---|---|---|---|
| 13 | Newport Town School District | Newport Town School | https://bit.ly/44hxFJQ |
| 14 | North Country Union High School District | North Country Union High School #22B | https://bit.ly/45j0zKD |
| 15 | Northern Mountain Valley Unified Union School District | Berkshire Elementary School<br>Sheldon Elementary School | Berkshire Elementary School: https://bit.ly/3smoquF |
| 16 | Quarry Valley Unified Union School District | Poultney Elementary School<br>Proctor Jr/Sr High School<br>West Rutland School<br>Poultney High School<br>Proctor Elementary School | Poultney Elementary School: https://bit.ly/3E39tA4<br>Proctor Jr/Sr High School: https://bit.ly/3OK6Rfx<br>West Rutland School: https://bit.ly/44ih3S0<br>Poultney High School: https://bit.ly/474bjgm<br>Proctor Elementary School: https://bit.ly/3tQZtIc |
| 17 | River Valleys Unified School District | Dover Elementary School<br>Wardsboro Central School<br>Wardsboro Elementary School | Dover Elementary School: https://bit.ly/3SgcFAD |
| 18 | Twin Valley Unified Union School District | Twin Valley Elementary School<br>Twin Valley Middle High School | Twin Valley Elementary School: https://bit.ly/44jZO2E<br>Twin Valley Middle High School: https://bit.ly/3QO0bPR |
| 19 | Twinfield Unified School District | Twinfield Union School | Twinfield Union School: https://bit.ly/3qwHHsN |
| 20 | Windham Southeast School District | Oak Grove School<br>Academy School<br>Green Street School<br>Brattleboro Union High School #6<br>Dummerston Schools<br>Guilford Central School<br>Putney Central School | Oak Grove School: https://bit.ly/3sj2e4z<br>Academy School: https://bit.ly/3E3csbA<br>Green Street School: https://bit.ly/44n1zMy<br>Dummerston Schools: https://bit.ly/405NiDH<br>Putney Central School: https://bit.ly/45MMAwd |

## IV. PLAINTIFF DISTRICTS WITH SCHOOLS SCHEDULED FOR TESTING BY THE DEPARTMENT OF ENVIRONMENTAL CONSERVATION BUT WITH NO PUBLISHED RESULTS

| Number: | School District: | Schools:[9] |
|---|---|---|
| 1 | Barre Unified Union School District | Barre Town Elementary School<br>Spaulding Union High School #41 |
| 2 | Barstow Unified Union District | Barstow Memorial School |
| 3 | Burr and Burton Academy | Burr and Burton Academy |
| 4 | Cambridge School District | Cambridge Elementary School |
| 5 | Champlain Islands Unified Union School District | North Hero School |
| 6 | Colchester School District | Colchester High School<br>Colchester Middle School<br>Malletts Bay School<br>Porters Point School<br>Union Memorial School |
| 7 | Craftsbury School District | Craftsbury Schools |
| 8 | Derby School District | Derby Elementary School |
| 9 | Echo Valley Community School District | Orange Center School<br>Washington Village School |

---

[9] *See* Testing Schedule Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3siB9i2 (last visited Nov. 3, 2023).

| Number: | School District: | Schools:[9] |
|---|---|---|
| 10 | Essex Westford Educational Community Unified Union School District | Albert D Lawton School<br>Essex Community Education Center<br>Essex Elementary School<br>Essex Middle School<br>Founders Memorial School<br>Hiawatha School<br>Summit Street School<br>Thomas Fleming School<br>Westford Elementary School |
| 11 | First Branch Unified School District | Chelsea Elementary Middle School<br>Tunbridge School |
| 12 | Georgia School District | Georgia Elementary/Middle School |
| 13 | Halifax School District | Halifax School |
| 14 | Hartford School District | Hartford High School<br>Hartford Memorial Middle School<br>White River School<br>Hartland Elementary School |
| 15 | Harwood Unified Union School District | Brookside Primary School<br>Fayston Elementary School<br>Harwood Union Middle/High School #19<br>Moretown Elementary School<br>Waitsfield Elementary School<br>Warren Elementary School |
| 16 | Hartland School District | Hartland Elementary School |
| 17 | Hazen Union School District | Hazen Union High School #26 |
| 18 | Holland School District | Holland Elementary School |
| 19 | Lake Region Union High School District | Lake Region Union High School #24 |
| 20 | Lamoille North Supervisory Union & School District | Hyde Park Elementary School<br>Johnson Elementary School<br>Lamoille Union High School #18 |

| Number: | School District: | Schools:[9] |
|---|---|---|
| 21 | Lamoille South Unified Union School District | Lake Elmore School<br>Morristown Elementary Schools<br>Peoples Academy<br>Peoples Academy Middle School<br>Stowe Elementary School<br>Stowe High School |
| 22 | Milton Town School District | Milton Elementary School<br>Milton High School |
| 23 | Mount Abraham Unified School District | Beeman Elementary School<br>Bristol Elementary School<br>Monkton Central School<br>Mt Abraham Union High School #28<br>Robinson School |
| 24 | Mount Ascutney School District | Albert Bridge School (W Wind) |
| 25 | Mount Mansfield Unified Union School District | Brewster Pierce Elementary School<br>Browns River Middle School<br>Camels Hump Middle School<br>Jericho Elementary School<br>Mt Mansfield Union High School<br>Smilie Memorial School (Bolton)<br>Underhill Central Elementary School<br>Underhill ID School |
| 26 | North Country Union Junior High School Board | North Country Union Jr High #22A |
| 27 | Orleans Southwest Union Elementary School District | Hardwick Elementary School<br>Lakeview Us #43<br>Woodbury Elementary School |
| 28 | Otter Valley Unified Union School District | Leicester Central School<br>Lothrop School<br>Neshobe School<br>Otter Creek Academy At Lei Sud And Whiting - Whiting Campus<br>Otter Valley Union High School #8 |

| Number: | School District: | Schools:[9] |
|---|---|---|
| 29 | Paine Mountain School District | Northfield Elementary School<br>Northfield Middle School<br>Williamstown Elementary School<br>Williamstown Middle High School |
| 30 | Readsboro School District | Readsboro Elementary School |
| 31 | Rochester-Stockbridge Unified District | Rochester School<br>Stockbridge Central School |
| 32 | Rockingham School District | Bellows Falls Middle School<br>Central Elementary School<br>Saxtons River Elementary School |
| 33 | Rutland Town School District | Rutland Town Elementary School |
| 34 | Slate Valley Unified School District | Castleton Elementary School<br>Castleton Village School<br>Fair Haven Grade School<br>Fair Haven Union High School #16<br>Orwell Village School |
| 35 | South Hero School District | Folsom Educational And Community Center |
| 36 | St. Johnsbury School District | St. Johnsbury School |
| 37 | Stamford School District | Stamford Elementary School |
| 38 | Stafford School District | Newton School |
| 39 | Thetford Town School District | Thetford Elementary School |
| 40 | Troy School District | Troy Elementary School |
| 41 | Waits River Valley Union School District | Waits River Valley Unified School District #36 |
| 42 | Weathersfield School District | Weathersfield School |
| 43 | Wells Spring Unified Union School District | Middletown Springs Elem School<br>Wells Village School |
| 44 | Windham School District | Windham Elementary School |

| Number: | School District: | Schools:[9] |
|---|---|---|
| 45 | Windsor Central Unified Union School District | Killington Elementary School<br>Reading Elementary School<br>Woodstock Elementary School<br>Woodstock Middle Sr Union High School #4 |

## V. PLAINTIFF DISTRICTS WITH ALL SCHOOLS <u>NOT</u> SCHEDULED FOR TESTING BY THE DEPARTMENT OF ENVIRONMENTAL CONSERVATION[10]

| Number: | School District: | Schools: |
|---|---|---|
| 1 | Coventry School District | Coventry Village School |
| 2 | Jay-Westfield Joint Elementary School District | Jay Westfield Joint Elementary School |
| 3 | Lowell School District | Lowell Graded School |
| 4 | Norwich-Hannover Interstate School District | Marion Cross School |
| 5 | Pittsfield School District | |
| 6 | Sharon School District | The Sharon Academy |
| 7 | Westminster School District | Westminster Central School |
| 8 | Wolcott School District | |

---

[10] *See* Testing Schedule Published by the Vermont Department of Environmental Conservation, *available at* https://bit.ly/3siB9i2  (last visited Nov. 3, 2023).