UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> MONSANTO, CO., et al, <br><br> *Defendants.* | Civil Action No. 2:23-00164-wks |

## **DISCOVERY CERTIFICATE**

I certify that I have today delivered the attached Plaintiffs' Supplemental Initial Disclosures to all other parties to this case as follows:

☐ By first class mail by depositing it in the U.S. mail;

☐ By personal delivery to _____ or his/her counsel;

X   Other. Explain: email_____

The names and addresses of the parties/lawyers to whom the mail was addressed or personal delivery was made are as follows:

SHEEHEY FURLONG & BEHM, P.C.
Ian P. Carleton
Devin T. McKnight
Alexandrea L. Nelson
Hannah C. Waite
30 Main Street, 6th Floor, PO Box 66 Burlington, VT 05402-0066
(802) 864-9891
icarleton@sheeheyvt.com
dmknight@sheeheyvt.com
anelson@sheeheyvt.com
hwaite@sheeheyvt.com


SHOOK, HARDY & BACON L.L.P.
Thomas M. Goutman (admitted pro hac vice)
Richard L. Campbell (admitted pro hac vice)
Stephen I. Hansen (admitted pro hac vice)
One Federal Street, Suite 2540

1

Boston, MA 02110<br>
(617) 531-1411<br>
tgoutman@shb.com<br>
rcampbell@shb.com<br>
sihansen@shb.com

Dated at Burlington, Vermont this 7th day of November, 2023.

                                        ADDISON CENTRAL SCHOOL
DISTRICT, ET AL.

/s/ *Pietro J. Lynn*
Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Attorneys for Plaintiffs*
76 St. Paul Street, Suite 400
Burlington, VT 05401
802-860-1500
plynn@lynnlawvt.com