**Sheehey Furlong & Behm P.C.**
Attorneys at Law

Ian P. Carleton
icarleton@sheeheyvt.com

December 19, 2023

Lisa Wright, Acting ENE Administrator
United States District Court
District of Vermont
11 Elmwood Avenue, Room 200
P.O. Box 945
Burlington, VT 05402-0945

Re:   *Addison Central School District et al. v. Monsanto Co. et al.*
       Docket No. 2:23-CV-164

Dear Lisa:

Pursuant to Local Rule 16.1(f)(2)(iii), I write to inform you that the parties have agreed to reschedule the December 11, 2023 Early Neutral Evaluation session to February 12, 2024.

If you have any questions, please do not hesitate to contact me.

Sincerely,

SHEEHEY FURLONG & BEHM P.C.

*/s/Ian P. Carleton*

Ian P. Carleton

IPC/srr

cc:   James W. Spink, Esq.
       Pietro J. Lynn, Esq.
       T. Roe Frazer, II, Esq.
       Thomas Roe Frazer, III, Esq.
       William W. Blair, Esq.
       Gregory J. Pals, Esq.
       J. Grant LaBar, Esq.