U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JAN 19 PM 1:44

CLERK

BY LAW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO CO., SOLUTIA, INC. and PHARMACIA LLC, <br><br> Defendants. | No. 2:23-CV-00164-CR |

**PLAINTIFFS' STIPULATED MOTION FOR COUNSEL TO APPEAR VIA VIDEOCONFERENCE**

Upon consent of the parties, Plaintiffs' counsel respectfully request leave to appear via videoconference at the upcoming hearing on Defendants' Motion to Dismiss and Nonparty State of Vermont's Motion to File Amicus Brief In Response to Defendants' Motion to Dismiss, said hearing currently being scheduled for February 27, 2024 at 3:00 p.m.

SO ORDERED:

_____
Reiss, J.

Dated: January 19, 2024

ONDERLAW, LLC

 /s/   Gregory J. Pals
_____

ONDERLAW, LLC
William W. Blair (pro hac vice)
blair@onderlaw.com
Gregory J. Pals (pro hac vice)
pals@onderlaw.com
110 East Lockwood
St. Louis, MO 63119

1