**United States District Court**
Office of the Clerk
District of Vermont
Federal Building
**Burlington, Vermont 05402-0945**

☒ P.O. Box 945
BURLINGTON 05402-0945
(802) 951-6301

❏ P.O. Box 607
RUTLAND 05702-0607
(802) 773-0245

**Jeffrey S. Eaton**
Clerk

March 13, 2024

Pietro J. Lynn, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street, Suite 400
Burlington, VT 05401

Gregory J. Pals, Esq.
R. Prescott Sifton, Jr., Esq.
William W. Blair, Esq.
OnderLaw, LLC
110 East Lockwood Avenue, 1st Floor
St. Louis, MO 63119

J. Grant LaBar, Esq.
T. Roe Frazer, II, Esq.
Thomas Roe Frazer, III, Esq.
Frazer PLC
30 Burton Hills Road, Suite 450
Nashville, TN 37215

Alexandrea L. Nelson, Esq.
Devin T. McKnight, Esq.
Hannah C. Waite, Esq.
Ian P. Carleton, Esq.
Sheehey Furlong & Behm P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066

Douglas J. Moor, Esq.
Quentin F. Urquhart, Jr., Esq.
Irwin Fritchie Urquhart Moore & Daniels, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Emyr T. Remy, Esq.
Stephen I. Hansen, Esq.
Shook, Hardy & Bacon LLP
One Federal Street, Suite 2540
Boston, MA 02110

Re:   *Addison Central School District et al v. Monsanto Co. et al*
      Docket No. 2:23-cv-164

Dear Counsel:

I am writing to you regarding the Early Neutral Evaluation (ENE) process in the above-captioned matter. Pursuant to the parties' letter (Document No. 68), an ENE session was to take place on February 12, 2024.

If the session was held, I would ask evaluator, James Spink, to please file his report as required by L.R. 16.1(j) as soon as possible.

Please respond accordingly by **March 22, 2024**.

Sincerely,

*/s/ Lisa Wright*
Acting ENE Administrator
(802) 951-8116

cc:  James W. Spink, Esq.