U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 APR 30 PM 4: 29

CLERK
BY ⎯⎯⎯⎯⎯⎯⎯
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ADDISON CENTRAL SCHOOL DISTRICT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC,<br><br>    Defendants. | Case No. 2:23-cv-00164-CR |

### ORDER GRANTING THE STATE OF VERMONT'S
### MOTION TO INTERVENE

The State of Vermont having moved for an order, pursuant to Rule 24(b), for leave to intervene in the above-captioned matter; and upon reviewing the memorandum of law accompanying such motion and any responses thereto; it is hereby

ORDERED, that the State of Vermont is granted leave to intervene for the limited purpose of moving to stay this action subject to the conditions that the State:

(1) shall make no discovery demands, and shall not be required to respond to any discovery from the Parties (other than pursuant to a subpoena served on the State as a third party to this action);

(2) shall seek no relief other than a stay or whatever other relief the Court deems appropriate to address the issues set forth in the State's proposed motion to stay; and

(3) shall not be required at any time to submit a pleading setting forth any claim, and shall not be subjected to any claims by the current Parties.

1

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 30th day of April 2024.

_____
Christina Reiss, District Judge
United States District Court